**UNITED STATES of America,
Respondent–Appellee,**

v.

**Kareem TOMBLIN, Petitioner–
Appellant.**

No. 02–6456.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Kareem Tomblin, Appellant Pro Se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kareem Tomblin appeals the district court's order denying his motion filed under Fed.R.Civ.P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Tomblin,* No. CR–92–238–3–V (W.D.N.C. Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*